1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEAN M. TURK
4  Special Assistant United States Attorney (#131517)
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Tel: (415) 977-8976
6       Fax: (415) 744-0134
        E-Mail: jean.turk@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOURN SAM HONG, | No. CV 09-2091 PJW |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 11/4/09

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-