1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Mr. Thourn Sam Hong

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  THOURN SAM HONG,               ) Case No.: CV 09-02091 PJW
                                   )
12        Plaintiff,               ) ORDER AWARDING EQUAL
                                   ) ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES PURSUANT TO
                                   ) 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE, Commissioner )
    of Social Security,            )
15                                 )
          Defendant                )
16                                 )
                                   )
17  _____)

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

21  rights, the amount of $3,900.00, as authorized by 28 U.S.C. § 2412(d), subject to

22  the terms of the above-referenced Stipulation.

23  DATE:   February 1, 2010

24  _____

25  THE HONORABLE PATRICK J. WALSH,
    UNITED STATES DISTRICT COURT
26  UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ Steven G. Rosales
   _____

4  Steven G. Rosales
   Attorney for plaintiff Mr. Thourn Sam Hong

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26